UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TERRANCE JOE QUINLAN,<br><br>             Petitioner,<br><br>    v.<br><br>ROXANNE A. REESE,<br><br>             Respondent. | CASE NO. 2:22-cv-00076-RAJ-JRC<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the report and recommendation of Magistrate Judge J. Richard Creatura, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the report and recommendation.

(2) Petitioner's federal habeas petition is dismissed without prejudice for failure to comply with a Court order.

(3) A certificate of appealability is denied in this case.

(4) The Clerk is directed to send copies of this Order to petitioner and Judge Creatura.

**DATED** this 25th day of July, 2022.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1